**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Rene Saul MEJIA–RODAS, Defendant–Appellant.**

No. 12–50134
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

March 20, 2013.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Rene Saul Mejia–Rodas, Raymondville, TX, pro se.

Before WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Rene Saul Mejia–Rodas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Mejia–Rodas has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.